ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00238-KES |
|---|---|
| Plaintiff, | MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; VACATE STATUS HEARING; ORDER |
| v. | |
| MARIA PONCE-MEDINA, | |
| Defendant. | |

The government moves to dismiss without prejudice the Supervised Release Violation Petition ("the Petition") in the interest of justice. ECF 5.

The Petition charged Maria Ponce-Medina with two charges, a new law violation and unlawful sue of a controlled substance. The new law violation charge relates to Ms. Ponce-Medina's arrest on August 14, 2025. Although the State of California ("the State") initially filed a charge against Ms. Ponce-Medina for California Penal Code section 273.5(a), Inflict Corporal Injury on Spouse/Cohabitant, the charge was dismissed on October 21, 2025. *The People of the State of California v. Maria Teresa Munoz* Case No. F25905967.[1]   The Probation Officer also indicated that Ms. Ponce-Medina has been performing satisfactorily and recommend that no further action be taken. Therefore, considering all of

---

[1] The State case uses "Maria Teresa Munoz" as the defendant in that case but the Minute Order, provided by defense counsel, includes AKAs for Ms. Ponce-Medina which includes "Maria Teresa Ponce Medina."

MOTION TO DISMISS SUPERVISED RELEASE PETITION       1

the above, the government moves to dismiss the Petition in the interest of justice. The government conferred with the United States Probation Office, who indicated they support the government's motion to dismiss.

The government requests that the Court dismiss without prejudice the Petition and vacate the Status Conference re Violation of Supervised Release/Preliminary Hearing currently set for November 5, 2025.

Respectfully Submitted,

Dated: October 31, 2025

ERIC GRANT
United States Attorney

By: /s/ ARELIS M. CLEMENTE
ARELIS M. CLEMENTE
Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Supervised Release Violation Petition is dismissed without prejudice in the interest of justice.  ECF. 5.  All future dates in this matter, including the Status Conference re Violation of Supervised Release/Preliminary Hearing currently set for November 5, 2025, are VACATED.

All other conditions of the defendant's Supervised Release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   October 31, 2025

_____
UNITED STATES DISTRICT JUDGE