**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant MARIA PONCE-MEDINA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARIA PONCE-MEDINA,<br>Defendant. | Case No. 1:24-CR-00238-001<br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On January 20, 2026, a Petition for Warrant or Summons for Person Under Supervision was filed charging Defendant, MARIA PONCE-MEDINA, violated the terms of her Supervised Release. On June 12, 2026, CJA Panel Counsel, Lanae Oviedo, was appointed to represent Ms. Ponce-Medina. Ms. Ponce-Medina was sentenced on July 13, 2026; Ms. Ponce-Medina was in custody at sentencing. The time for filing a direct appeal was July 27, 2026, no direct appeal was filed. The trial phase of Ms. Ponce-Medina's criminal case has, therefore, come to an end. Having completed her representation of Ms. Ponce-Medina, Counsel, Lanae Oviedo, now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Ponce-Medina require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855)

656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: September 15, 2026

*/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

---

**ORDER**

Having found that attorney Lanae Oviedo has completed the services for which she was appointed, the Court hereby grants Counsel Lanae Oviedo's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, MARIA PONCE-MEDINA, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Maria Ponce-Medina, USM No. 51856-509
MDC Los Angeles
P.O. Box 531500
Los Angeles, CA 90053

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES DISTRICT JUDGE